UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor

Case No. _____
       Amended

**NOTICE OF MOTION AND CHAPTER 13 DEBTOR'S MOTION TO BUY, SELL, OR ENCUMBER INTEREST IN PROPERTY**

**NOTICE**

1. YOU ARE NOTIFIED that the motion below was filed by the debtor to [*check all that apply*]:

   ☐ Buy property

   ☐ Sell property

   ☐ Encumber property (including refinance of property and loan modification)

2. If you wish to object to the motion, you must, within ~~21~~ days [14 days per Doc 45] after the service date in paragraph 5 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401 a written objection stating the specific facts upon which the objection is based, and include a certificate of service of the objection on the movant.

3. **Failure to Object**. If you fail to file a timely objection, then the court may sign an order without further notice, submitted by the moving party on Local Bankruptcy Form 1301.5, granting the relief requested in the motion.

4. This document constitutes the notice required by Local Bankruptcy Rule 2002-1.

5. I certify that on _____ this document was:

   a. served under Federal Rule of Bankruptcy Procedures (FRBP) 7004, on the debtor, chapter 13 trustee, U.S. trustee, each holder of liens or encumbrances on the property, and their attorneys; and

   b. was sent, pursuant to FRBP 2002(a), to all creditors and all parties as listed in the court's records that were obtained on _____, a copy of which is attached to the document filed with the court.

6. For further information, contact [*enter name and contact information of debtor's attorney, or, if no debtor's attorney, debtor*]:

_____     _____
Date                                  Signature & Relation to Movant


                                      _____
                                      Debtor's Address & Last 4 Digits of Taxpayer ID#

# MOTION

## Information About the Property

[*Movant must complete this entire section*]

1. **Description of the Property** [*for example, real property address; car model, year, and VIN; or manufacturer and serial number*]:



   Is the property the debtor's primary residence?     Yes     No

   Additional property description attached?     Yes     No

2. **Description of Existing Liens and Encumbrances on the Property, Listed in Priority Order** [*for property debtor is purchasing, do not include liens and encumbrances of the existing owner that will be satisfied at the closing of the purchase*]:

| Name of Holder | Approximate Amount | Interest Rate | Maturity Date | Proposed Treatment (fully paid, partially paid, or not paid) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

   Additional information on existing liens and encumbrances attached?     Yes     No

**1301 (12/1/2022)**                    Page 2 of 6

## Relief Requested

*[Movant must complete each applicable part of this section; inapplicable parts of this section may be left blank.]*

3. **Motion to Approve Purchase of Property.** Debtor hereby moves for the authority to purchase the property described in paragraph 1 of this motion. In support of this motion, debtor provides the following information--

    Name of seller:

    Relationship of seller to debtor:

    Purchase price: $

    Anticipated closing date:

    Other relevant terms of purchase:



    Source of funds for purchase:



4. **Motion to Approve Sale of Property.** Debtor hereby moves for the authority to sell the property described in paragraph 1 of this motion. In support of this motion, debtor provides the following information--

    Name of buyer:

    Relationship of buyer to debtor:

    Sale price: $

    Anticipated closing date:

    Other relevant terms of sale:

    Anticipated net proceeds:



    Disposition of anticipated net proceeds (other than payment of liens and encumbrances described in paragraph 2 of this motion):

5. **Motion to Approve Encumbrance of Property** (including refinance of property and loan modification). Debtor hereby moves for the authority to encumber the property described in paragraph 1 of this motion. In support of this motion, debtor provides the following information—

   Encumbrance type:    New Loan    Refinance    Loan Modification

   Name of lender:

   Relationship of lender to debtor:

   Principal amount of loan: $

   Interest rate:

   Loan term/maturity date:

   Payment amount and terms [*for example, monthly, interest only with balloon or fully amortizing, payable only after prior debt*]:



   Closing costs:

   Lien position [*senior lien, second position lien, etc.*]:

   Amount of cash debtor will receive from refinance:    $0    $

   Use of any cash debtor receives:



   If this is a refinance or loan modification, explain how the new terms compare with the prior terms:

## Points and Authorities

[*Movant must complete this entire section*]

6. **Basis for Relief.** Debtor asserts that the court should grant the relief requested because:




7. **Chapter 13 Trustee Position on this Motion.** Debtor or debtor's counsel has conferred with the chapter 13 trustee, and the trustee:

    ☐ Consents to this motion

    ☐ Opposes this motion

    ☐ Takes no position on this motion

    ☐ Other:




8. **Plan**

    a. Does the chapter 13 plan contemplate the relief requested herein?   ☐ Yes   ☐ No

    b. Effect on Plan or Plan Payments. Check all that apply:

    ☐ Satisfies an arrearage or other secured debt being paid in the plan. Debtor anticipates ☐ an increased or ☐ a reduced housing expense of $_____ compared to the amount listed in the most recently filed Schedule J. Net proceeds will be used to complete debtor's obligations under the plan.

    ☐ Net proceeds will be used to pay all creditors in full.

    ☐ Other:

1301 (12/1/2022)                                            Page 5 of 6

9. **Exhibits**

In support of this motion, debtor hereby attaches the following exhibits [*for example, purchase and sale agreement, note, deed of trust, preliminary title report, estimated closing statement*]:

None

Exhibits:

| Exhibit Number [*for example, Exhibit B*] | Exhibit Description [*for example, purchase and sale agreement, note, deed of trust, preliminary title report, estimated closing statement*] |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

10. **Declarations**

In support of this motion, debtor hereby attaches the following declarations:

None

Declarant names:

_____  
Date

_____  
Signature & Relation to Movant

_____  
Debtor's Address & Last 4 Digits of Taxpayer ID#

**1301 (12/1/2022)**   Page 6 of 6

| | | |
|---|---|---|
| American Land Title Association | | ALTA Settlement Statement - Seller<br>Adopted 05-01-2015 |

| | |
|---|---|
| File No./Escrow No.: 579512AM<br>Officer/Escrow Officer: Melissa Cook | AmeriTitle, LLC<br>300 Klamath Ave.<br>Klamath Falls, OR 97601<br>(541)883-3401 |

| | |
|---|---|
| Property Address: | 4436 AUSTIN ST<br>KLAMATH FALLS, OR 97603 (KLAMATH)<br>(3909-010CD-07000) |
| Buyer: | ERIK SLIKKER<br>710 Wocus St.<br>Klamath Falls, OR 97601 |
| Seller: | JERRY ROSE<br><br>MALINDA ROSE<br>802 Riverside Dr.<br>Klamath Falls, OR 97601 |
| Settlement Date:<br>Disbursement Date: | 3/16/2023 |

| Description | Seller | | |
|---|---|---|---|
| | P.O.C. | Debit | Credit |
| **Deposits, Credits, Debits** | | | |
| Sale Price of Property | | | $232,000.00 |
| Seller credit to buyer's closing costs | | $6,960.00 | |
| **Prorations** | | | |
| County Taxes 3/16/2023 to 7/1/2023 | | | $354.38 |
| SSSD Assessments 3/16/2023 to 7/1/2023 | | | $130.14 |
| KID Assessments 3/16/2023 to 1/1/2024 @ $85.75/Year | | | $68.37 |
| **Payoffs** | | | |
| ESTIMATED Payoff of First Mortgage Loan to Rushmore Loan Management Services | | $93,863.82 | |
| Payoff of Second Mortgage Loan to Oregon Housing & Community Services | | $2,787.98 | |
|    Principal: $2,787.98 | | | |
| Balance of assessment to South Suburban Sanitary District | | $118.98 | |
| ESTIMATED Judgment payoff to | | $6,500.00 | |
|    Principal: $4,248.22 | | | |
|    Interest, 6/19/2019 to 3/31/2023 @$1.0475/day: $1,446.60 | | | |
| **Commissions** | | | |
| Real Estate Commission to Coldwell Banker Holman Premier Realty | | $6,960.00 | |
| Real Estate Commission to Bold Realty | | $6,960.00 | |
| **Title Charges** | | | |
| Title - Owner's Title Insurance to AmeriTitle, LLC | | $780.00 | |
| Title - Settlement or Closing Fee to AmeriTitle, LLC | | $450.00 | |
| Title - Local Government Lien Search - Seller Debit to AmeriTitle, LLC | | $40.00 | |
| Title - Courier/Delivery/Postage Fee to AmeriTitle, LLC | | $25.00 | |
| Title - Release/Tracking Fee - Seller to AmeriTitle, LLC | | $380.00 | |
| **Additional Settlement Charges** | | | |

Page 1 of 2

File # 579512AM
Printed on 2/23/2023 at 10:33 AM

| | | P.O.C. | Debit | Credit |
|---|---|---|---|---|
| Reimbursement for Paint to Sherry E. McManus | $3,500.00 | | | $3,500.00 |
| Engineer Foundation Cert - ESTIMATED to | $650.00 | | | $650.00 |
| ESTIMATED est & Dry Rot Inspection to | $175.00 | | | $175.00 |
| **Subtotals** | | $0.00 | $130,150.78 | $232,552.89 |
| Due To Seller | | | $102,402.11 | |
| **Totals** | | $0.00 | $232,552.89 | $232,552.89 |

Please note, our wire instructions will not change. If you should get emails requesting a change to the wire instructions, please contact me immediately at (541)883-3401. We bring this to your attention because, unfortunately, real estate transactions are a target for wire fraud.

### Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize AmeriTitle, LLC to cause the funds to be disbursed in accordance with this statement.

**SELLER(S)**

_____
JERRY ROSE

_____
MALINDA ROSE

**SETTLEMENT COORDINATOR**

_____
Melissa Cook

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-6<br>Case 19-62378-tmr13<br>District of Oregon<br>Eugene<br>Thu Feb 23 13:39:23 PST 2023 | 405 E 8th Ave #2600<br>Eugene, OR 97401-2725 | Aaron's Inc.<br>c/o John W. Robinson, CEO<br>400 Galleria Pkwy SE<br>Suite 300<br>Atlanta, GA 30339-3182 |
| CREDITS INCORPORATED<br>PO BOX 127<br>HERMISTON, OR 97838-0127 | Charter Communications - Spectrum<br>400 Atlantic Street<br>10th Floor<br>Stamford, CT 06901-3512 | Cheryl Slover<br>7008 Airway Dr<br>Klamath Falls, OR 97603-9463 |
| Chrysler Capital.<br>c/o Sergio Marchionne, CEO<br>1000 Chrysler Drive<br>Auburn Hills, MI 48326-2766 | Comprehensive Pain Solution<br>6915 SW Macadam Ave #102<br>Portland, OR 97219-2364 | Credit Bureau of Klamath County.<br>c/o Angela M. Trainor, Auth. Rep.<br>839 Main Street<br>Klamath Falls, OR 97601-6011 |
| Credit One Bank.<br>c/o Robert Dejong CEO<br>6801 S Cimarron Rd<br>Las Vegas, NV 89113-2273 | IRS<br>Centralized Insolvency Oper.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Karen A Moore, Attorney<br>PO Box 5107<br>Klamath Falls, OR 97601-0138 |
| Klamath County Fire District #1<br>POB 1930<br>Klamath Falls, OR 97601-0226 | Klamath Orthopedic Clinic<br>2200 Bryan Williams Dr<br>Klamath Falls, OR 97601-1121 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| My Hearing Center<br>2578 Daggett Ave<br>Klamath Falls, OR 97601-1127 | ODR<br>Attn: Bankruptcy Unit<br>955 Center St NE<br>Salem, OR 97301-2555 | ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 |
| Oregon Affordable Housing Assistance<br>c/o Diana Koppes, RA<br>725 Summer St. NE, Suite B<br>Salem, OR 97301-1266 | Pacific Crest Federal Credit Union<br>c/o Melody Aguiar, VP of Operations<br>2972 Washburn Way<br>Klamath Falls, OR 97603-4522 | Rogue Credit Union<br>PO Box 4550<br>Medford, OR 97501-0275 |
| Santander Consumer USA Inc<br>an Illinois corporation d/b/a<br>Chrysler Capital<br>1601 Elm St Ste 800<br>Dallas TX 75201-7260 | Sky Lakes Medical Center.<br>2865 Daggett Ave.<br>Klamath Falls, OR 97601-1106 | South Suburban Sanitary District<br>c/o Robon Evans, Manager<br>2201 Laverne Ave<br>Klamath Falls, OR 97603-4570 |
| U.S. Bank National Association<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 | Valley Garage Door<br>230 East Main St<br>Klamath Falls, OR 97601-3232 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>c/o Tim Sloan, CEO<br>420 Montgomery Street<br>San Francisco, CA 94163-0001 |

```
Wells Fargo Home Mortgage, Inc.      Wells Fargo USA Holdings, Inc.              Jerry Lynn Rose
c/o Wells Fargo Bank, NA             c/o Wells Fargo Bank, N.A., as Servicer     4436 Austin Street
c/o Tim Sloan, CEO                   Default Document Processing                 Klamath Falls, OR 97603-7856
420 Montgomery St                    1000 Blue Gentian Road, MAC#N9286-0
San Francisco, CA 94104-1298         Eagan MN 55121-1663

                                     Malinda Lee Rose
                                     802 Riverside Dr
                                     Klamath Falls, OR 97601-4260
```